# United States District Court

WESTERN DISTRICT OF WASHINGTON

THOMAS ALLEN SHUTE

v.

MICHAEL ASTRUE, Commissioner
of Social Security,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C03-5697FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's attorney Elie Halpern is awarded an attorney's fee of $8,950.00 for work performed in this Court pursuant to 42 U.S.C. § 406(b), reduced by the previously awarded EAJA fees of $2,490.60, leaving a net fee award of $6,459.40. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security Is directed to send to Plaintiff's attorney the net balance of $6,459.40, minus any applicable administrative fees as allowed by statute.

| | |
|---|---|
| August 7, 2007 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |